FILED ___ LODGED
RECEIVED ___ COPY

JUN 1 2 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DE

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Brian Michael Bott,<br><br>                    Defendant. | CR-18-00813-PHX-SPL (MHB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Unlawful Dealing in Firearms without a License)<br>Count 1<br><br>18 U.S.C. § 924(n)<br>(Interstate Travel in Furtherance of Dealing in Firearms without a License)<br>Counts 2-4<br><br>18 U.S.C. §§ 922(a)(6), 924(a)(2)<br>(False Statement During the Purchase of a Firearm)<br>Count 5-9<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. § 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

## COUNT ONE
### (Unlawful Dealing in Firearms without a License)

Between on or about July 8, 2016, and on or about December 16, 2016, in the District of Arizona and elsewhere, the defendant, BRIAN MICHAEL BOTT, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO
**(Interstate Travel in Furtherance of Dealing in Firearms without a License)**

On or about August 4, 2016, in the District of Arizona and elsewhere, the defendant, BRIAN MICHAEL BOTT, with intent to willfully engage in the business of dealing in firearms without a license in violation of Title 18, United States Code, Section 922(a)(1)(A), traveled from California into Arizona and acquired firearms in Arizona in furtherance of such purpose.

All in violation of Title 18, United States Code, Section 924(n).

## COUNT THREE
**(Interstate Travel in Furtherance of Dealing in Firearms without a License)**

Between on or about August 25, 2016, and August 26, 2016, in the District of Arizona and elsewhere, the defendant, BRIAN MICHAEL BOTT, with intent to willfully engage in the business of dealing in firearms without a license in violation of Title 18, United States Code, Section 922(a)(1)(A), traveled from California into Arizona and acquired firearms in Arizona in furtherance of such purpose.

All in violation of Title 18, United States Code, Section 924(n).

## COUNT FOUR
**(Interstate Travel in Furtherance of Dealing in Firearms without a License)**

Between on or about September 21, 2016, and September 22, 2016, in the District of Arizona and elsewhere, the defendant, BRIAN MICHAEL BOTT, with intent to willfully engage in the business of dealing in firearms without a license in violation of Title 18, United States Code, Section 922(a)(1)(A), traveled from California into Arizona and acquired firearms in Arizona in furtherance of such purpose.

All in violation of Title 18, United States Code, Section 924(n).

## COUNT FIVE
### (False Statement During the Purchase of a Firearm)

On or about July 8, 2016, in the District of Arizona, the defendant, BRIAN MICHAEL BOTT, in connection with the acquisition of multiple firearms, namely (1) a Sig Sauer, Model P226 Legion, 9mm pistol, and (2) a Glock, Model 43, 9mm pistol, from Tombstone Tactical, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made false and fictitious written statements to Tombstone Tactical, which statements were intended and likely to deceive Tombstone Tactical as to facts material to the lawfulness of such sale of the said firearms to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that (1) his State of residency was Arizona, when in fact, as of on or about July 8, 2016, he did not reside in Arizona, and (2) he resided at "222 W Clarendon Ave Apt 125" in Phoenix, Arizona, when in fact, as of on or about July 8, 2016, he did not reside at that listed address.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIX
### (False Statement During the Purchase of a Firearm)

On or about August 4, 2016, in the District of Arizona, the defendant, BRIAN MICHAEL BOTT, in connection with the acquisition of multiple firearms, namely (1) two Glock, Model 43, 9mm pistols, (2) a Heckler & Koch, Model VP9, 9mm pistol, (3) a Kriss USA, Model Vector SDP, 9mm pistol, and (4) a Kriss USA, Model Vector SDP, .45 caliber pistol, from Tombstone Tactical, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made false and fictitious written statements to Tombstone Tactical, which statements were intended and likely to deceive Tombstone Tactical as to facts material to the lawfulness of such sale of the said firearms to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and

Explosives Form 4473, Firearms Transaction Record, to the effect that (1) his State of residency was Arizona, when in fact, as of on or about August 4, 2016, he did not reside in Arizona, and (2) he resided at "222 W Clarendon Ave Apt 125" in Phoenix, Arizona, when in fact, as of on or about August 4, 2016, he did not reside at that listed address.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SEVEN
### (False Statement During the Purchase of a Firearm)

On or about August 26, 2016, in the District of Arizona, the defendant, BRIAN MICHAEL BOTT, in connection with the acquisition of multiple firearms, namely (1) a Sig Sauer, Model P320 Compact, 9mm pistol, (2) a Sig Sauer, Model P320, 9mm pistol, (3) a Smith & Wesson, Model M&P9, 9mm pistol, (4) a Smith & Wesson, Model M&P45 Shield, .45 caliber pistol, and (5) a Glock, Model 17, 9mm pistol, from Tombstone Tactical, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made false and fictitious written statements to Tombstone Tactical, which statements were intended and likely to deceive Tombstone Tactical as to facts material to the lawfulness of such sale of the said firearms to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that (1) his State of residency was Arizona, when in fact, as of on or about August 26, 2016, he did not reside in Arizona, and (2) he resided at "222 W Clarendon Ave Apt 125" in Phoenix, Arizona, when in fact, as of on or about August 26, 2016, he did not reside at that listed address.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT EIGHT
### (False Statement During the Purchase of a Firearm)

On or about September 22, 2016, in the District of Arizona, the defendant, BRIAN MICHAEL BOTT, in connection with the acquisition of multiple firearms, namely (1) a Heckler & Koch, Model VP9, 9mm pistol, (2) two Smith & Wesson, Model M&P45

- 4 -

Shield, .45 caliber pistols, and (3) a Smith & Wesson, Model M&P45, .45 caliber pistol, from Tombstone Tactical, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made false and fictitious written statements to Tombstone Tactical, which statements were intended and likely to deceive Tombstone Tactical as to facts material to the lawfulness of such sale of the said firearms to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that (1) his State of residency was Arizona, when in fact, as of on or about September 22, 2016, he did not reside in Arizona, and (2) he resided at "222 W Clarendon Ave Apt 125" in Phoenix, Arizona, when in fact, as of on or about September 22, 2016, he did not reside at that listed address.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT NINE
### (False Statement During the Purchase of a Firearm)

On or about September 22, 2016, in the District of Arizona, the defendant, BRIAN MICHAEL BOTT, in connection with the acquisition of a firearm, namely a Smith & Wesson, Model M&P40 Shield, .40 caliber pistol, from Cabela's, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made false and fictitious written statements to Cabela's, which statements were intended and likely to deceive Cabela's as to facts material to the lawfulness of such sale of the said firearms to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that (1) his State of residency was Arizona, when in fact, as of on or about September 22, 2016, he did not reside in Arizona, and (2) he resided at "222 W Clarendon Ave Apt 125" in Phoenix, Arizona, when in fact, as of on or about September 22, 2016, he did not reside at that listed address.

- 5 -

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 9 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c); and upon conviction of one or more of the offenses alleged in Counts 1 through 9 of the Indictment, the defendants shall forfeit to the United States all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

/ / /

/ / /

/ / /

All in accordance with Title 18, United States Code, Sections 981 and 982; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  June 12, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/
TODD M. ALLISON
MARGARET PERLMETER
Assistant United States Attorneys