ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
TODD ALLISON
Arizona State Bar No. 026936
MARGARET PERLMETER
Arizona State Bar No. 024805
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Todd.Allison@usdoj.gov
Email: Margaret.Perlmeter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-813-PHX-SPL |
|---|---|
| Plaintiff, | **SENTENCING MEMORANDUM** |
| v. | |
| Brian Michael Bott, | |
| Defendant. | |

The United States hereby notifies the Court that it has no objections, corrections, or additions to the Presentence Investigation Report (PSR). The government recommends a sentence of twelve months and one day of imprisonment with three years of supervised release.

## SUMMARY OF THE INVESTIGATION – BOTT LIES ABOUT RESIDING IN ARIZONA

Mr. Bott (Bott) was born in and has lived his entire life in southern California. (PSR ¶ 32.) On five separate occasions between July 2016 and September 2016 in Phoenix, Bott purchased 17 firearms from FFLs in Phoenix, Arizona. On the Form 4473 Bott completed for the purchase of each firearm, Bott indicated that (1) he was the actual transferee/buyer of the firearm, (2) Arizona was his state of residence, and (3) his current residential address was an apartment located 222 West Clarendon Ave in Phoenix. To purchase the firearms, Bott

presented the FFLs with either an Arizona temporary identification card or an Arizona identification card.

ATF consulted with the Arizona Department of Transportation (ADOT), and determined Bott applied for an Arizona State identification card on July 7 & 8, 2016, to apply for and obtain an Arizona State identification card. On July 7, Bott was issued an Arizona temporary identification card that listed his residential address as 222 West Clarendon Avenue #125 and his mailing address as 530 East McDowell Road #107-251. The temporary identification card listed the mailing address on McDowell Road. On July 8, Bott returned to ADOT, applied for another Arizona identification card and was issued another temporary card that listed his residential address on West Clarendon.

A UPS store is located at 530 East McDowell Road. Upon investigation, ATF learned that Bott signed up and paid for a mailbox at that UPS on July 7. The first of the 17 firearms purchased by Bott in Arizona was purchased on July 7.

In October 2016, the property manager of the Clarendon Park Apartments, located at 222 West Clarendon Avenue told ATF that apartment #125 was vacant from June 1, 2016, through August 3, 2016, and that Bott was not a resident listed on any lease agreement on the property. That same day, ATF spoke to the current tenant of apartment #125, who stated that she has lived in the apartment since August 2016 and that she did not know Mr. Bott. ATF reviewed historical residential lease agreements for apartment #125 from July 2014 – April 2017; Bott was not listed on any of the lease agreements.

**UNLICENSED DEALING – BOTT PURCHASES FIREARMS IN ARIZONA WITH THE INTENT TO SELL THEM IN CALIFORNIA FOR A PROFIT.**

Under California law, every firearms purchase or transfer, including private party transfers, must be made through a California licensed dealer under the Dealer's Record of Sale (DROS) process. ATF obtained certified firearms records from the California Department of Justice for Bott's private party transfers between July 1, 2016, and January 20, 2017. Between July 1, 2016, and January 9, 2017, Bott had 27 reported transactions in California. Four of those transactions involved Bott putting a firearm up for pawn at

- 2 -

pawnshops in California. The 23 other transactions were all private party sales. Importantly, of the 23 private party sales Bott conducted, 14 of those sales involved firearms that Bott purchased in Arizona.

Often the date of the sale in California was within a matter of days of the date on which Bott purchased the firearm in Arizona. In two instances, Bott sold a firearm in California the day after purchasing it in Arizona. Below is a chart showing the days between Bott's purchase of a firearm in Arizona and its sale in California.

| DATE PURCHASED IN ARIZONA | FIREARM/CALIBER | SERIAL # | DATE SOLD IN CALIFORNIA | DAYS BETWEEN PURCHASE AND SALE |
|---|---|---|---|---|
| 7/8/16 | Sig Sauer P226 Legion, 9MM | 47A163052 | N/A | N/A |
| 7/8/16 | Glock 43 | BCFL021 | N/A | N/A |
| 8/4/16 | Glock 43, 9mm | ABZE185 | 8/16/16 | 12 |
| 8/4/16 | HK VP9, 9mm | 224-114380 | 8/12/16 | 8 |
| 8/4/16 | Kriss USA Vector SDP, 9mm | 919P001923 | 8/8/16 | 4 |
| 8/4/16 | Glock 43, 9mm | BCLW155 | 8/14/16 | 10 |
| 8/4/16 | Kriss USA Vector SDP, .45 | 45P004696 | 12/16/16 | 134 |
| 8/26/16 | Sig Sauer P320 Compact with green night sights, 9MM | 58B105586 | 9/2/16 | 7 |
| 8/26/16 | Sig Sauer P320, 9MM | 58B108548 | N/A | N/A |
| 8/26/16 | Smith &Wesson M&P9, 9MM | HNE8109 | 9/7/16 | 12 |
| 8/26/16 | Smith & Wesson M&P45 | HDB5959 | 9/7/16 | 12 |

| | | | | |
|---|---|---|---|---|
| | Shield, .45 | | | |
| 8/26/16 | Glock 17 (Generation 4), 9MM | BBHZ050 | 9/10/16 | 15 |
| 9/22/16 | HK VP9, 9MM | 224-114329 | 9/23/16 | 1 |
| 9/22/16 | Smith & Wesson M&P45 with night sights, .45 | HTL5764 | 10/2/16 | 10 |
| 9/22/16 | Smith & Wesson M&P45 Shield, .45 | HDJ4241 | 10/2/16 | 10 |
| 9/22/16 | Smith & Wesson M&P45 Shield, .45 | HDJ3293 | 9/26/16 | 4 |
| 9/22/16 | Smith & Wesson M&P 40 Shield, .40 S&W | HNR9115 | 9/23/16 | 1 |

ATF was able to interview three individuals (Buyers A, B and C) who purchased firearms from Bott in California that were purchased by Bott in Arizona. Buyer A purchased a H&K VP9 pistol and a Sig Sauer P320 pistol from Bott for approximately $1,200.00 each. Records ATF obtained showed Bott purchased the H&K VP9 pistol on August 4, 2016, and the Sig Sauer P320 pistol on August 26, 2016, in Arizona.

Buyer A provided ATF with text messages exchanged with Bott, which showed communications beginning on August 10, 2016. The DROS obtained from the FFL in California shows that Bott sold Buyer A the H&K VP9 pistol on August 12, 2016, and the Sig Sauer P320 on September 2, 2016.

On August 20, 2016, Bott texted Buyer A about selling him a P320 pistol that was already on the books in California. The text messages with Buyer A show Bott was lining up the sale of a P320 pistol before he had even purchased it in Arizona. We know from records obtained by ATF from an Arizona FFL that Bott bought the Sig Sauer P320 pistol he later sold to Buyer A on August 26, six days after he spoke to Buyer A about selling it. Bott purchased the H&K pistol for approximately $638.82 and the Sig Sauer pistol for

approximately $629.86.  Buyer A purchased the two firearms for $1,200.00 each in CA, resulting in a profit of approximately $1,130.00.

Buyers B and C similarly told ATF that they purchased firearms from Bott and produced records of email (bottbrian660@gmail.com) and text message communications with Bott.   Notably, Bott's communications with Buyer B show that Bott was discussing the sale of a firearm (H&K VP9 pistol) with Buyer B prior to the September 22 date where Bott actually purchased the firearm.  In fact, from the text messages, Bott pushed the sale date to Buyer B back several times prior to September 23, because he was not able to actually travel to Arizona to obtain the firearm until September 22.  Buyer C purchased a Glock from Bott in California on September 10, 2016; Bott purchased this firearm approximately 15 days earlier in Arizona.  Bott made approximately $461.00 and $160.00 in profits from his sale of firearms to Buyers B and C.

## BOTT TRAVELS TO ARIZONA JUST TO PURCHASE GUNS TO SELL IN CALIFORNIA

ATF obtained § 2703(d) records and historical cell-site data for Bott's telephone number, (408) 483-4981, from July 7, 2016, to October 2, 2016.  This telephone number has been subscribed to Brian Bott in Riverside, California since 2008.  This is also the phone number at which ATF contacted Bott for a telephonic interview in January 2017

The analysis of Bott's historical cell-site data supports that Bott resided in California from July 2016 through October 2, 2016; the data shows 96% of the activity on the phone occurred in an around Riverside, California.  Most importantly, the historical cell-site data shows that, during that time period, Bott traveled into Arizona only during the time periods where the government knows he purchased firearms in Arizona.  Moreover, Bott's cell phone hit off of towers in the areas of the FFLs in Phoenix on the dates where the records show he purchased firearms.  For example, we know from the records that Bott purchased firearms from Tombstone Tactical in Phoenix on August 4, 2016.  On that day, Bott's phone hit off of a tower in Riverside, California, around 6:00 a.m. that morning.  However, as the day progressed, his cellphone hit off of towers between Riverside, California, and Phoenix, Arizona.  Between noon and 2:00 p.m. that day, his cellphone hit off of multiple

towers in the Phoenix area.  By 6:00 p.m. or 7:00 p.m., Bott's cellphone hit off of towers between Phoenix and Riverside.  This shows that Bott traveled into Arizona to purchase the guns, and drove back to California that same day.

It is also notable that upon review of the historical cell-site data, there is not a single hit from Bott's phone off a tower in the vicinity of the 222 West Clarendon address that Bott claims to have resided at during the time period.

**BOTT'S TELEPHONIC NON-CUSTODIAL INTERVIEW WITH ATF**

On January 4, 2017, ATF contacted Bott via telephone at (408) 483-4981.  During the interview, Bott initially said he was in Phoenix from July to November for a job opportunity that did not work out, and that he moved back to California in November 2016. He also initially said that, while in Arizona, he lived "off of Clarendon" in Phoenix, in Apartment #125 with a buddy of his, "Jonathan Tram."   He later admitted that he never lived at the Clarendon Apartments, stating that he had planned to, but did not because a job fell through.

When ATF asked him if he purchased "16 firearms" in Arizona, Bott admitted to doing so.  At first, Bott said that he sold some of the guns in California in August and September 2016.  He said that he came back for a family thing and went to the gun range, where some of his buddies offered him money for the guns. When ATF challenged his story, Bott asked, "Am I going to be charged?" and "How much jail time am I looking at?"

Bott told ATF: "The reason I did this was because I was hard up for money." He said he bought the guns for himself, but then explained that he went on Calguns, looked at what was in demand, and then bought those guns.  Bott said that he would buy a gun in Phoenix and then post an ad and sell it the same day, so "it was not straw purchasing because I did not agree to sell it beforehand."

Bott said he did all of this for the money.  He said he was broke and needed money. He said he stopped doing this because "I knew it was wrong."   He said, "originally, I bought three for myself, but I needed money…it was money, I couldn't get a job."  At one point in the interview, Bott said, "You know what, I did it, and I did it to get around California law."  Bott also said, "I only did it for three at first, but then someone made me

- 6 -

a really good offer, and I thought, okay, this is cool, I can make money."

## THE NEED FOR A CUSTODIAL SENTENCE

A custodial sentence is necessary given the circumstances of the offense and the history and characteristics of Mr. Bott. The government recommends a sentence of twelve months and one day as it is sufficient but not greater than necessary to promote respect for the law, reflect the seriousness of the offense, provide just punishment, and to deter future criminal conduct. Bott did not simply purchase guns in Arizona to flip in California for a profit, he offered to sell firearms to Californians that he had not actually have in his possession or at his disposal. Bott had the fortune of being raised in a happy home environment and the opportunity to pursue and obtain an associate's degree. Despite this, he chose to violate the laws of the United States when times were tough; he used the internet to see which firearms were in demand in California, and traveled to Arizona to purchase them. He obtained an Arizona identification card and an Arizona mailbox address in an attempt to establish ties to Arizona. While his decisions were motivated by a need of money and an inability to obtain employment, this does not justify or mitigate his behavior. The government recognizes Mr. Bott has a continuing medical condition; however, this condition pre-exists his criminal conduct and did not deter him from spending long hours driving between California and Arizona, on multiple occasions. Thus, a sentence of twelve months and one day, with three years of supervised release to follow, is respectfully recommended.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Margaret Perlmeter*
MARGARET PERLMETER
TODD ALLISON
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Marc Victor